Same case below, 591 F.3d 191.

**No. 09-1500. Charles Madu Momah, Petitioner v. Washington.**

562 U.S. 837, 131 S. Ct. 160, 178 L. Ed. 2d 40, 2010 U.S. LEXIS 5879.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Washington denied.

Same case below, 167 Wash. 2d 140, 217 P.3d 321.

**No. 09-1502. Baretta Bentley, et al., Petitioners v. Millennium Healthcare Centers II, LLC, dba CareOne at Dunroven, fka Dunroven Healthcare Center, et al.**

562 U.S. 837, 131 S. Ct. 160, 178 L. Ed. 2d 40, 2010 U.S. LEXIS 5783.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 363 Fed. Appx. 891.

**No. 09-1503. The Cadle Company, et al., Petitioners v. Kerry R. Hicks.**

562 U.S. 837, 131 S. Ct. 160, 178 L. Ed. 2d 40, 2010 U.S. LEXIS 5864.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 355 Fed. Appx. 186.

**No. 09-1504. Kelly L. Falcon, Petitioner v. United States.**

562 U.S. 837, 131 S. Ct. 164, 178 L. Ed. 2d 40, 2010 U.S. LEXIS 5893.

October 4, 2010. Petition for writ of certiorari from the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-1505. Richard John Florance, Jr., Petitioner v. Texas.**

562 U.S. 837, 131 S. Ct. 164, 178 L. Ed. 2d 40, 2010 U.S. LEXIS 5916.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.

**No. 09-1506. Randall M. Jones, Petitioner v. Anheuser Busch.**

562 U.S. 837, 131 S. Ct. 164, 178 L. Ed. 2d 40, 2010 U.S. LEXIS 5953,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 331 Fed. Appx. 708.

**No. 09-1507. Segundo Seunos, LLC, Petitioner v. Nasrin Satchell, et al.**

562 U.S. 837, 131 S. Ct. 164, 178 L. Ed. 2d 40, 2010 U.S. LEXIS 5822.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.